

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion No. 0-3617
Re: Authority of Comptroller to
issue duplicate warrant when
original issued in favor of
Treasury of the United States,
U. S. Geological Survey, has
been lost, without the execu-
tion and filing of bond as
required by Article 4365.

We have your letter of May 27, 1941, requesting the opinion of this department upon the question whether you would be authorized to issue duplicate warrant for the original, when the original, issued in favor of the Treasury of the United States, U. S. Geological Survey, has been lost, without the execution and filing of bond as required by Article 4365.

We enclose herewith a copy of our opinion No.0-2305, on the authority of which your question must be answered in the negative.

Article 4365, quoted in the opinion enclosed herewith is designed to protect the sovereign which enacted it, the State of Texas, in the expenditure of public moneys. This statute must be given a liberal construction with a view to effectuating its plain object and purpose. The statute is plain and unambiguous in its terms, and makes no exceptions from the requirements therein contained.

Yours very truly

ATTORNEY GENERAL OF TEXAS

APPROVED JUN 10, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

By

R. W Fairchild
Assistant

RWF:ej
Encl.

APPROVED
OPINION
COMMITTEE
BY [signature]
CHAIRMAN

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT